No. D–498.  IN RE DISBARMENT OF SLONE.  It is ordered that Harold G. Slone, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 84–6646.  TURNER v. SIELAFF, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  [Certiorari granted, ante, p. 1098.]  Motion for appointment of counsel granted, and it is ordered that J. Lloyd Snook III, Esquire, of Charlottesville, Va., be appointed to serve as counsel for petitioner in this case.

No. 84–1601.  AETNA LIFE INSURANCE CO. v. LAVOIE ET AL. Appeal from Sup. Ct. Ala.  Further consideration of question of jurisdiction postponed to hearing of case on the merits.  Reported below: 470 So. 2d 1060.

No. 84–782.  SOUTH CAROLINA ET AL. v. CATAWBA INDIAN TRIBE, INC.  C. A. 4th Cir.  Certiorari granted.

No. 84–1513.  CALIFORNIA v. CIRAOLO.  Ct. App. Cal., 1st App. Dist.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari granted limited to Question 1 presented by the petition.

No. 84–1602.  ANDERSON ET AL. v. LIBERTY LOBBY, INC., ET AL.  C. A. D. C. Cir.  Certiorari granted limited to Question 1 presented by the petition.

No. 84–1636.  MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY v. MATHEWS.  C. A. 6th Cir.  Motion of respondent for leave to proceed in forma pauperis and certiorari granted.

No. 84–6470.  DAVIDSON v. CANNON ET AL.  C. A. 3d Cir. Motion of petitioner for leave to proceed in forma pauperis and certiorari granted.  Case set for oral argument in tandem with No. 84–5872, Daniels v. Williams [certiorari granted, 469 U. S. 1207].